**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**

IN RE:       WANDA L. VANHOOSE                CHAPTER 13

DEBTOR(S)                                     CASE NO. 15-10224

**THIRD AMENDMENT TO CHAPTER 13 PLAN**

Comes the Debtor, Wanda L. Vanhoose, by Counsel, and makes application for leave to make amendments to her Chapter 13 Plan, as follows:

**I. PLAN PAYMENTS.** The debtor shall pay to the Trustee:

- **$764.88** each month for **5 month;**

- **$889.00** each month for **1 month;**

- **$935.30** each month for **54 months.**

**II. SECURED CLAIMS.**

**A. Secured Claims to be Paid through the Plan and Motion to Value Collateral.**

**2. Secured Claims Valued Under § 506.** The Debtor moves the Court to value collateral as follows according to 11 U.S.C. § 506 (a). Each of the following secured claims, if allowed, shall be paid through the plan until the secured value or the amount of the claim, whichever is less, has been paid in full. Any remaining portion of the allowed claim shall be treated as a general unsecured claim. Any claim with a secured value of $0 shall be treated as a general unsecured claim.

| Secured Creditor | Collateral Description | Estimated Amount of Claim | Secured Value | Interest Rate * | Monthly Payment |
|---|---|---|---|---|---|
| **First National Bank-gr** | 1/3 interest, Land, recorded at DB 217, P 675, records of the Morgan County Clerk | 58,016.00 | 7,000.00 | 5.25% | |

        */s/ Franklen K. Belhasen II*
        Franklen K. Belhasen II
        Attorney at Law
        BELHASEN LAW OFFICES
        814 S. Mayo Trail
        Paintsville, Kentucky  41240
        606-789-9925


DEBTOR:


        */s/ Wanda Vanhoose*


## CERTIFICATION

This is to certify that a true and correct copy of the foregoing has been electronically mailed to Hon. Beverly Burden, Chapter 13 Trustee and all creditors on this the 14th day of December, 2015.

        */s/ Franklen K. Belhasen II*