**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**

IN RE:   Wanda L Vanhoose                                           Case Number:   15-10224
         Debtor

# ORDER CONFIRMING PLAN
# FILED ON 6/30/2015, Court Doc. # 2

# WITH AMENDMENT(S), Court Doc. #25, 26 and 33

A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation, IT IS ORDERED:

THE PLAN IS CONFIRMED.

The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

The Trustee is authorized to adjust the amount of the monthly payment disbursed to each secured creditor as may be necessary in the administration of the plan.

Any fee requested in section III.C.1.a of the plan is hereby allowed.

Copies to:

Wanda L Vanhoose                                BELHASEN, FRANKLEN K.
3644 Upper Sand Lick Road                       814 SOUTH MAYO TRAIL
West Liberty, KY  41472                         PAINTSVILLE , KY  41240-1384


UNITED CONSUMER FINCL SERVICES                  WIXSOM, MATTHEW J.
% BASS & ASSOCIATES P C                         918 BELLEFONTE ROAD
3936 E FORT LOWELL RD, STE 200                  P O BOX 1030
TUCSON, AZ  85712                               FLATWOODS, KY  41139